**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADDISON ORR, | )<br>) |
| Plaintiff, | )<br>) Case No.: 2:20-cv-00420-GMN-NJK |
| vs. | )<br>) **ORDER** |
| STATE OF NEVADA, | )<br>) |
| Defendant. | )<br>)<br>)<br>) |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy Koppe, (ECF No. 3), which recommends that Plaintiff Addison Orr's ("Plaintiff's") Complaint, (Ex. 1 to App. Leave Proceed *in forma pauperis*, ECF No. 1-1), "be dismissed without prejudice to Plaintiff seeking appropriate relief in an appropriate venue." (R&R 3:2, ECF No. 3).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,

1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, March 17, 2020, has passed. (Min. Order, ECF No. 3).

Accordingly,

**IT IS HEREBY ORDERED** that the Complaint, (ECF No. 3), is **DISMISSED without prejudice**. Plaintiff may raise his arguments in an appropriate habeas petition or in an appeal of his conviction in state court.

The Clerk of Court shall close the case and enter judgment accordingly.

**DATED** this __19__ day of March 2020.

_____
Gloria M. Navarro, District Judge
United States District Court